No. 762, Misc. CARPENTER *v.* MURPHY, ACTING HOSPITAL DIRECTOR. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 766, Misc. BATES *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 772, Misc. BATES *v.* DICKSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 773, Misc. COLE *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 774, Misc. PIERCE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 775, Misc. BRASFIELD *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 778, Misc. HALL *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 785, Misc. HOLLINS *v.* PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 797, Misc. PEGUESE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 566, Misc. HETENYI *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.